UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

**DAVID STEBBINS**                                                                                              **PLAINTIFF**

VS.                        CASE NO. 3-11CV2227-N

**STATE OF TEXAS**                                                     **DEFENDANTS**

## MOTION FOR ECF ACCESS

    Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following motion for ECF access.

    As you can see from my in forma pauperis application, I am wholly indigent. It would put my printer, as well as my finances, under undue strain if I were required to mail all documents to this court. I respectfully pray that you allow me to file my documents electronically.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
