# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____
Plaintiff

v.                                                                          _____
                                                                            Civil Action No.

_____
Defendant

**COMPLAINT**

Date _____

Signature _____

Print Name _____

Address _____

City, State, Zip _____

Telephone _____