

Case 3:11-cv-02227-N   Document 7-1   Filed 09/07/11   Page 1 of 1   PageID 31