

Case 3:11-cv-02227-N   Document 7-2   Filed 09/07/11   Page 1 of 3   PageID 32

Case 3:11-cv-02227-N Document 7-2 Filed 09/07/11 Page 2 of 3 PageID 33

any arbitration between us.

c. For cases in which I am the claimant...

   i. You shall have one business day to file your response, not 30 calendar days.

   ii. Rule 36(e) does not apply between us. If you do not respond within the time allotted in subparagraph (i) of this paragraph, I automatically win the relief requested, even if I am not otherwise entitled to such a remedy, an even if a court of competent jurisdiction would throw the case out, sua sponte, for failure to state a claim upon which relief can be granted.

4. When using the American Arbitration Association, we shall use the following procedure:

   a. We shall commence an arbitration via an AAA Submission to Arbitration form, rather than a Demand for Arbitration form.

   b. The submission to arbitration form may be served on the respondent in any manner that would cause the respondent to receive it, including email, fax, or personal delivery, assuming that the respondent possesses the necessary equipment to perform this task. Proof of the service shall be kept as a record.

   c. For cases in which I am the filer,

      i. You shall have one business day to file your response, not 30 calendar days.

      ii. If you do not file your response within the time allotted in subparagraph (i) of this paragraph, I shall automatically win the relief requested. At that point, I may simply move to confirm the award, and in that case, the proof of service of the Submission to Arbitration shall stand in for the award as required by 9 U.S.C. § 13(b).

5. The following procedure will govern our choice of arbitrator:

   i. Within one week after the commencement of the arbitration, both parties shall each name a maximum of five arbitrators employed by the arbitration firm used in that proceeding, that they would like to oversee the case. Any of these five slots that are left empty after one week will be forfeited.

   ii. Each arbitrator's name and enough contact information to find the arbitrator easily shall be written on separate index cards, all ten of

procedure:

a. We shall commence an arbitration via an AAA Submission to Arbitration form, rather than a Demand for Arbitration form.

b. The submission to arbitration form may be served on the respondent in any manner that would cause the respondent to receive it, including email, fax, or personal delivery, assuming that the respondent possesses the necessary equipment to perform this task. Proof of the service shall be kept as a record.

c. For cases in which I am the filer,

   i. You shall have one business day to file your response, not 30 calendar days.

   ii. If you do not file your response within the time allotted in subparagraph (i) of this paragraph, I shall automatically win the relief requested. At that point, I may simply move to confirm the award, and in that case, the proof of service of the Submission to Arbitration shall stand in for the award as required by 9 U.S.C. § 13(b).

5. The following procedure will govern our choice of arbitrator:

   i. Within one week after the commencement of the arbitration, both parties shall each name a maximum of five arbitrators employed by the arbitration firm used in that proceeding, that they would like to oversee the case. Any of these five slots that are left empty after one week will be forfeited.

   ii. Each arbitrator's name and enough contact information to find the arbitrator easily shall be written on separate index cards, all ten of which shall be identical in size, shape, and weight.

   iii. All ten of the index cards shall be placed into a bag.

   iv. The claimant or the claimant's counsel shall mix up the bag.

   v. The respondent or respondent's counsel shall (if the Respondent even responded within the allotted time in the first place), without looking inside the bag, select one index card.

   vi. The arbitrator whose name appears on that index card shall be the the arbitrator who oversees the hearing.

   vii. If the Respondent did not respond, then the claimant/filer may unilaterally choose the arbitrator.

III. MY CONSIDERATION