

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☐ Commercial  ☐ Construction  ☐ Employment  ☒ Other (please specify) _____

Procedure Selected: ☒ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____ .

**NATURE OF DISPUTE:**
The Defendants breached a contract against me. I seek $5,000,000,000,000.00 in damages.

Dollar Amount of Claim, $5,000,000,000,000

Other Relief Sought: ☐ Attorneys Fees   ☐ Interest
☒ Arbitration Costs  ☐ Punitive/Exemplary  ☐ Other _____

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Someone who is well versed in contract law.

Amount Enclosed $ 65,000.00   In accordance with Fee Schedule:  ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule

HEARING LOCALE REQUESTED: Dallas, TX

Estimated time needed for hearings overall: _____ hours or  1.00  days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| Name of Party: David A. Stebbins | Name of Party: State of Texas |
|---|---|
| Address: 1407 N Spring Rd, APT #5 | Address: PO Box 12548 |
| City: Harrison  State: AR  Zip Code: 72601 | City: Austin  State: TX  Zip Code: 78711 |
| Phone No. 870-204-6024  Fax No. | Phone No. (512) 463-2100  Fax No. (512) 475-2994 |
| Email Address: stebbinsd@yahoo.com | Email Address: greg.abott@aog.state.tx.us |
| Signature (required): *David Stebbins*  Date: Aug. 11, 2011 | Signature (required):  Date: |
| Name of Representative: not applicable | Name of Representative: |
| Name of Firm (if applicable) not applicable | Name of Firm (if applicable) |
| Address (to be used in connection with this case) 1407 N Spring Rd, APT #5 | Address (to be used in connection with this case) |
| City: Harrison  State: AR  Zip Code: 72601 | City:  State:  Zip Code: |
| Phone No. 870-204-6024  Fax No. | Phone No.  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.