IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID STEBBINS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:11-CV-2227-N (BK) |
| | § | |
| STATE OF TEXAS, | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

### ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Pursuant to 28 U.S.C. § 636(b) and Special Order 3, this case was automatically referred for pretrial management.

Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 3, 6) is **granted**. No process will issue except upon further order of the Court.

At all times during the pendency of this action, Plaintiff is **directed** to advise the Court of any change of address and its effective date by filing a notice captioned as "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice should contain only information pertaining to the change of address and its effective date; it must not contain any motions for any other relief. *Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute.*

SIGNED September 9, 2011.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE