UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

**DAVID STEBBINS**                                                                      **PLAINTIFF**

**VS.**                    **CASE NO. 3:11-CV-2227-N (BK)**

**STATE OF TEXAS**                                                  **DEFENDANTS**

**NOTICE OF ADDRESS CHANGE**

      I, *pro se* Plaintiff David Stebbins, now have the name and address that appears at this signature:

                                                                       */s/ David Stebbins*
                                                                          David Stebbins
                                                                       8527 Hopewell Rd.,
                                                                        Harrison, AR 72601
                                                                             870-204-6024
                                                                      stebbinsd@yahoo.com