UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DAVID STEBBINS                                                                                    PLAINTIFF

VS.                         CASE NO. 3:11-CV-2227-N (BK)

STATE OF TEXAS                                                                                DEFENDANT

### MOTION FOR CLERK'S ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following brief in support of my motion for default and default judgment as to Defendant, the State of Texas.

The Defendant had until September 26, 2011 to make an appearance and file a responsive pleading.  They have not done so.  Therefore, I am entitled to judgment as a matter of law.

LR 7(h) does not mention motions for default, so I must guess at whether a brief or certificate of conference is required.  I will assume that a brief is required, and a certificate of conference is not, because this motion has similar dispositive nature to that of a motion for summary judgment, judgment on the pleadings, or judgment as a matter of law.

That being said, a brief in support of this motion will be included as a separate document.  A proposed default judgment will also be uploaded as a separate document.

Once default is granted, it is obvious from the exhibits enclosed in my amended complaint what relief I should be entitled to.  Please enter default judgment in favor of the Plaintiff in the amount of $5,000,000,000,000.00.

Wherefore, premises considered, I respectfully pray that the motion for default and default judgment be granted.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com