IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID STEBBINS, et al., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:11-CV-2227-N (BK) |
| | § | |
| STATE OF TEXAS, et al., | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff's complaint is **DISMISSED** *sua sponte* without prejudice for lack of subject matter jurisdiction and, alternatively, with prejudice as frivolous. *See* FED. R. CIV. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B). Plaintiff is **WARNED** that sanctions will be imposed if he persists in filing frivolous lawsuits over which the Court lacks subject matter jurisdiction.

The Clerk of the Court is **directed** to close this case.

SIGNED this 9th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE